IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
ex rel, GINA TRULY,

        Plaintiff,

v.

STATE OF WISCONSIN – DIVISION OF
HOUSING AND VITY OF BARABOO CDA,

        Defendants.

ORDER

14-cv-842-jdp

---

In an order entered on January 4, 2017, I gave relator Gina Truly until January 25, 2017 to inform the court whether she wished to pursue this case, and if she did, to have an attorney appear on her behalf, noting that Truly cannot prosecute *qui tam* claims as a pro se litigant. Dkt. 11. In addition, I warned Truly that if she filed to respond to the January 4 order, this case would be dismissed without prejudice *Id*. at 2. It is now past Truly's deadline, and she has not responded to the court's order. Accordingly, I will dismiss the case.

ORDER

IT IS ORDERED that this case is DISMISSED without prejudice. The clerk of court is directed to enter judgment and close this case.

Entered February 6, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge