IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
ex rel, GINA TRULY,

                                    JUDGMENT IN A CIVIL CASE

    Plaintiff,                                   14-cv-842-jdp

v.

STATE OF WISCONSIN – DIVISION OF
HOUSING AND CITY OF BARABOO
CDA,

    Defendants.

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 2/6/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |